IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| GREGORY P. DIULUS, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL ACTION NO. 11-0554 |
| v. | ) | HON. GARY L. LANCASTER |
| | ) | CHIEF U.S. DISTRICT JUDGE |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

## ORDER

AND NOW, this 31st day of May, 2011, upon consideration of the "Stipulation of Dismissal With Prejudice" filed by the parties,

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE

cc: All Parties